## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

KARLA RODRIGUES,

           Plaintiff,

    vs.

JAGUAR LAND ROVER NORTH
AMERICA, LLC; and DOES 1
through 10, inclusive,

           Defendant.

Case No.: 4:25-cv-05815-AMO

[~~PROPOSED~~] **ORDER OF DISMISSAL**

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is granted. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice.

**IT IS SO ORDERED.**

DATE:_____6/2/2026_____  _____By: _____

           Araceli Martínez-Olguín
           United States District Judge

-1-
[~~PROPOSED~~] ORDER OF DISMISSAL